Orner, Appellant, v. Hurwitch et al.

264

Argued October 16, 1929.

Before Porter, P. J., Trexler, Keller, Linn, Gawthrop, Cunningham and Baldrige, JJ.

*Marcus D. Hutkin,* for appellant.

*Simon Pearl,* and with him *Henry Arronson* and *Gabriel D. Weiss,* for. appellee.

PER CURIAM, October 30, 1929:

The judgment is affirmed on the opinion filed by President Judge MARTIN of the court below.